# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-cr-00202-BTM |
|---|---|
| vs | **ORDER RELEASING MATERIAL WITNESS** |
| Blanca Guadalupe Medina Ramirez | Booking No. N/A |

On order of the United States ☐ District/ ☒ Magistrate Judge,   JILL L. BURKHARDT

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:

( ☐ Bond Posted/ ☐ Case Disposed / ☒ Order of Court).

**MATERIAL WITNESS**:   Ezequias Salvador Ausencio

**DATE OF ARRAIGNMENT**:   1/16/2024

JILL L. BURKHARDT
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by   A. Smith  619-557-6425

Crim-9 (Rev. 05-20)
Original

# Aishah Smith

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | Aishah Smith |
| **Sent:** | Tuesday, February 6, 2024 2:19 PM |
| **Subject:** | Read: 24cr202 MW 1 Abstract |

Your message

  To: CAS Releases
  Subject: 24cr202 MW 1 Abstract
  Sent: Tuesday, February 6, 2024 10:10:23 PM (UTC) Coordinated Universal Time

 was read on Tuesday, February 6, 2024 10:18:58 PM (UTC) Coordinated Universal Time.